| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **MAKE JS-6** |

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. CV-16-9542-R | Date: JANUARY 6, 2017 |

Title: SERGIO VARELA -V.- SYRUS GAHREMAN

===================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS: MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT (Los Angeles County Superior Court of California, Pomona, Northeast District, Case No. 16UR2721)

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT. Accordingly, Plaintiff's Petition for Emergency Temporary Restraining Order contained in the Notice of Removal is DENIED AS MOOT.**

**IT IS SO ORDERED.**

cc: counsel of record

| | |
|---|---|
| MINUTES FORM 11<br>CIVIL -- GEN | Initials of Deputy Clerk ___CCH___ |